# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan M. Azrack   **DATE:** 1/11/05   **TIME:** _____

**DOCKET NUMBER:** 04CR87 (ILG)   **TAPE #:** 05/ 9 (2728-3056)

**DEFENDANT'S NAME:** Byungki Koo
✓ Present  ___ Not Present   ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** Dennis McAllister
___ Legal Aid  ___ CJA  ✓ Retained

**A.U.S.A.** Lee Freedman   **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language)

___ Hearing held.  Detention Hearing adjourned to 1/14 @ 12:00

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.  Code Type___ Start___ Stop___

✓ Defendant's first appearance.  ✓ Defendant arraigned on the indictment.

___ Defendant informed of rights.

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Dfse counsel presented bail package, gov't opposed, court denied package with leave to reapply. Detention hearing may be scheduled before the USDJ.